# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

TRAVEL + LEISURE RESORT
DEVELOPMENT, INC., WYNDHAM
VACATION RESORTS, INC. and
WYNDHAM RESORT
DEVELOPMENT CORPORATION,

      Plaintiffs,

v.                                                                    Case No:   6:25-cv-632-GAP-DCI

LINX LEGAL, INC. and ROSARIO
CRAIG MUSUMECI,

      Defendants

## ORDER

This cause comes before the Court on Motion to Strike (Doc. No. 42) filed August 19, 2025.

On February 6, 2026, the United States Magistrate Judge issued a report (Doc. No. 50) recommending that the motion be granted in part and denied in part. No objections have been filed.   Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion to Strike is **GRANTED IN PART AND DENIED IN PART** as follows:

3. Affirmative defenses Eleven, Twelve and Fifteen are hereby

   **STRICKEN**.

4. Affirmative defenses First, Ten, Fourteen, Seventeen, Twenty-Second, Twenty-Third, Twenty-Fourth, and Twenty-Sixth are hereby treated as denials.

5. The Second, Twentieth and Twenty-Fifth affirmative defenses may stand subject to a renewed motion, if appropriate, at a later stage of the litigation.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 24, 2026.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party